# Law Office of Paul V. Bennett, P.A.

133 Defense Highway, Suite 209
Annapolis, Maryland 21401
www.paulvbennett.com

Paul V. Bennett (MD, DC)
James L. Ellison II (MD)

Jeffrey J. Sadri, J.D., Law Clerk
Mary L. Peake, Paralegal

Toll Free:   (888) 288-9787
Balt./Annap. Metro:   (410) 974-6000
Washington Metro:   (301) 261-8161
Facsimile:   (410) 224-4590

January 16, 2013

**VIA ECF EMAIL ONLY**

The Honorable George L. Russell, III
United States District Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    Re:    Lori Flood v. University of Maryland Medical Center
             Civil Action No. GLR-12-2100

Dear Judge Russell:

     Pursuant to your letter dated January 7, 2013, I am writing on behalf of the defendant's attorney, Douglas W. Desmarais, Esq. and myself as the attorney for the plaintiff. We have discussed the seven points outlined in your letter and the following reflects our agreement during our telephone conversation:

1. The parties do not unanimously consent to proceed before a U.S. Magistrate Judge for all proceedings.

2. The parties would like to participate in a settlement conference after the completion of discovery.

3. Discovery of electronically stored information is not expected to be problematic.

4. The parties would like to defer expert discovery until after summary judgment motions are resolved.

5. The parties do not request any changes to the dates in the preliminary scheduling order.

6. The allocated deposition hours are sufficient.

7. The parties will discuss a trial date during the telephone conference call set for Wednesday, January 23, 2013 at 2:30 p.m.

The Honorable George L. Russell, III
United States District Judge
United States District Court
 for the District of Maryland
January 16, 2013
Page Two

     We presume that you will approve our agreement unless we hear from you to the contrary. Thank you in advance for your consideration of our agreement and this letter.

                                            Sincerely,

                             _____/s/_____
                             Paul V. Bennett, Esq. (Bar #10324)

cc:    Douglas W. Desmarais, Esq.
       (Via ECF email only)